UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
OLIVER HOEGH, on behalf of himself and
others similarly situated in the proposed
FLSA Collective Action,

                           Plaintiff,                        JUDGMENT

    v.                                          22-cv-00674 (KAM)(SJB)

REBEL DAWG, INC., STACIE AMADOR,
and DAVID YETT,

                          Defendants.
-----------------------------------------------------------------X

A notice of acceptance of a Rule 68 Offer of Judgment having been filed on March 29, 2022; and Defendants REBEL DAWG, INC., STACIE AMADOR, and DAVID YETT having offered to allow plaintiff OLIVER HOEGH and opt-in plaintiff EMMA NOBLE  to take judgment against Defendants, as to all claims against Defendants in this action, for twenty-five thousand dollars and zero cents ($25,000), inclusive of reasonable attorney's fees and costs accrued as of this date and apportioned to the legal representation of Plaintiffs; it is

ORDERED and ADJUDGED that judgment is entered in favor of plaintiff OLIVER HOEGH and opt-in plaintiff EMMA NOBLE and against Defendants REBEL DAWG, INC., STACIE AMADOR, and DAVID YETT as to all claims against Defendants in this action, for twenty-five thousand dollars and zero cents ($25,000), inclusive of reasonable attorney's fees and costs accrued as of this date and apportioned to the legal representation of Plaintiffs.

Dated: Brooklyn, New York                        Brenna B. Mahoney
       April 1, 2022                            Clerk of Court

                               By:    */s/Jalitza Poveda*
                                        Deputy Clerk